UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANDREA DUPREE, PLAINTIFF

V. CIVIL ACTION NO. 3:10CV537

JACKSON HMA LLC DEFENDANT
d/b/a CENTRAL MISSISSIPPI MEDICAL CENTER,
NATASHA HARDEMAN ET AL.,

ORDER

This medical malpractice dispute is before the Court on Defendant's Motion to Dismiss or Alternatively for Summary Judgment [6, 8]. The Court, having fully reviewed the parties' briefs, finds that further briefing is necessary.

Specifically, the Government addressed the issue of equitable tolling although it was not raised by Plaintiff Dupree. Before ruling on the issue, the Court wishes to hear from Plaintiff and grants her until **April 29, 2011,** to file a supplemental brief or announce that she concedes Defendant's position. Defendant is given **ten days** from the date of Plaintiff's submission in which to respond or to inform the Court that it does not intend to respond.

**SO ORDERED AND ADJUDGED** this the 19th day of April, 2011.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE