IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANDREA DUPREE                                                                                          PLAINTIFF

VS.                                                                           CIVIL NO. 3:10-CV-00537-DPJ-FKB

JACKSON HMA, LLC, D/B/A
CENTRAL MISSISSIPPI MEDICAL CENTER;
NATASHA N. HARDEMAN, M.D.; DAVID M.
BARNETT, M.D.; KEN E. CLEVELAND, M.D.;
H. G. FISER, M.D.; BRAD COSGROVE, CRNA;
AND JOHN DOES 1-10                                                                                  DEFENDANTS

**FINAL ORDER DISMISSING CASE**

THIS CAUSE having previously been before the Court upon a motion to dismiss by Defendant Natasha N. Hardeman, M.D., which resulted in a partial order dismissing Defendant Hardeman and/or The United States of America, and upon Plaintiff's unopposed motions [29, 30] to finally dismiss the remaining Defendants Jackson HMA, LLC, d/b/a Central Mississippi Medical Center, David M. Barnett, M.D., Brad Cosgrove, CRNA, Ken E. Cleveland, M.D. and H. G. Fiser, M.D. without prejudice with each party to bear their own costs, the Court finds that the remaining Defendants should now be dismissed without prejudice and this Final Order Dismissing Case should now be entered in the above-styled and numbered cause.

**SO ORDERED AND ADJUDGED** this the 11th day of April, 2012.

                s/ *Daniel P. Jordan III*
                UNITED STATES DISTRICT JUDGE